UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Oscar Eugenio Franco Guevara                    Case No.: 25-23470-CLC
          Igmaida Paz                                     Chapter 13
                    Debtors                       /

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

***IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION
TO YOUR CLAIM***

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| Claim No. | Name of Claimant / Creditor | Amount of Claim |
|---|---|---|
| 7 | Department of Treasury - Internal Revenue Service | $11,529.50 |

Basis for Objection and Recommended Disposition

On or about December 29, 2025, Creditor filed a proof of claim for taxes for tax years 2019, 2021, 2022, and 2023. The claim was filed with priority of $4,855.76 and the rest as unsecured. The claim was also filed with an estimated claim of $5,679.44 for the 2019 tax year. The Debtors object to any liability for the tax year 2019 since for said tax year the Debtors received a tax refund and the Debtors have faxed to the Creditor the signed income tax returns. Thus, the Debtors assert that the claim should be allowed with a reduced unsecured priority claim amount totaling $4,855.76 and an unsecured priority claim amount totaling $284.65.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Respectfully submitted:                   **Jose A. Blanco, P.A.**
March 14, 2026                            By: */s/ Jose A. Blanco* | FBN: 062449
                                          Attorney for Debtor(s)
                                          102 E 49th ST
                                          Hialeah, FL 33013,
                                          Tel. (305) 349-3463
                                          E-mail: jose@blancopa.com

LF-70 (rev. 12/01/09)