UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Oscar Eugenio Franco Guevara                Case No.: 25-23470-CLC
        Igmaida Paz                                 Chapter 13
                Debtors                      /

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Objection to Claim of Department of Treasury - Internal Revenue Service and Notice of Hearing was sent to all parties on the attached service list on March 14, 2026.

Electronically & Mailed: Nancy K. Neidich, Trustee PO Box 279806
Hollywood, FL 33027

First Class Mail:

  Debtor(s), Oscar Eugenio Franco Guevara Igmaida Paz
  4822 NW 114th Ct
  Doral, FL 33178

Department of Treasury - Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service,
7850 S.W. 6th Court, Stop 5730
Ft. Lauderdale, FL 33324-3202

Internal Revenue Service
POB 21126
Philadelphia, PA 19114

Internal Revenue Service
Attn: PRISCILLA R. BOYD, Bankruptcy Spec.
1248 N University Drive, M/S 5730
Plantation, FL 33322-2032

Honorable Pamela Bondi, US Attorney General,
Department of Justice, Room 4400,
950 Pennsylvania Avenue N.W.,
Washington, D.C. 20530-0001;

LF-70 (rev. 12/01/09)

Honorable Jason A. Reding Quiñones
US Attorney for Southern District of FL,
99 N.E. 4th Street,
Miami, FL 33132;

MIAMI:
Special Assistant United States Attorney,
c/o IRS Counsel (SBSE),
51 S.W. 1st Avenue, P.O. Box 9,
Miami, FL 33130;


Respectfully submitted:                 **Jose A. Blanco, P.A.**
March 14, 2026                          By: */s/ Jose A. Blanco* | FBN: 062449
                                        Attorney for Debtor(s)
                                        102 E 49th ST
                                        Hialeah, FL 33013,
                                        Tel. (305) 349-3463
                                        E-mail: jose@blancopa.com

LF-70 (rev. 12/01/09)